# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**Bid Protest**

| | |
|---|---|
| HENSEL PHELPS CONSTRUCTION CO. | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 25-1427 C<br>) |
| THE UNITED STATES | ) Judge _____<br>) |
| Defendant. | )<br>) |

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff Hensel Phelps Construction Co. ("HPCC") files this notice of related cases. While this case concerns a different procurement, it is related to bid protests of unrelated procurements filed in this Court by HPCC in Case Nos. 25-1189, 25-1276, and 25-1277, all of which are currently before Judge Holte. The legal issues raised in this protest and those HPCC protests are similar, all challenging the use of project labor agreements on federal construction projects in excess of $35,000,000.

Dated: August 25, 2025                  Respectfully submitted,

                                        SMITH CURRIE OLES LLP

                                        /s/ Jacob W. Scott
                                        Jacob W. Scott
                                        Allison G. Geewax
                                        Mark Emilio S. Abrajano
                                        1921 Gallows Road, Suite 850
                                        Tysons, VA 22182
                                        Telephone: (703) 506-1990
                                        Facsimile: (703) 506-1140
                                        Email: jwscott@smithcurrie.com
                                        Email: aggeewax@smithcurrie.com
                                        Email: msabrajano@smithcurrie.com

                                        *Counsel for Hensel Phelps Construction Co.*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 25, 2025, a copy of the foregoing Notice of Directly Related Cases was served upon all parties via the Court's electronic case filing system.

*/s/ Jacob W Scott*
Jacob W. Scott